IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM L. JOHNSON and | ) | |
| JULIAN W. MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:07-0979 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| THE METROPOLITAN GOVERNMENT OF | ) | |
| NASHVILLE AND DAVIDSON COUNTY, | ) | |
| TENNESSEE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

The defendants' Motion to Dismiss based on a subsequently filed case brought by plaintiffs (Docket No. 31) is **DENIED**. The court has granted the plaintiffs' Motion to Amend to add the Title VII claims asserted in Case No. 3:08-cv-0208 to this lawsuit, as the defendants did not oppose that motion. Should the defendants wish to supplement their pending Motion to Dismiss to assert grounds under Title VII in addition, they may do so by March 31, 2008.

It is so **ORDERED**.

ENTER this 17th day of March 2008.

_____
ALETA A. TRAUGER
U.S. District Judge