IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WYCQ, INC., a Tennessee corporation, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | Civil No. 3:05-0979 |
| | ) | Judge Trauger |
| NATIONAL MUSIC MARKETING, INC., | ) | |
| a California corporation, (and Counter-Plaintiff), | ) | |
| and JOSEPH R. GROSSMAN, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

It is hereby **ORDERED** that the telephone conference held on March 17, 2008 will reconvene on Friday, March 21, 2008, at 2:00 p.m, at which defense counsel should be able to inform the court and counsel for the plaintiff about the status of the potential bankruptcy filing.

It is so **ORDERED**.

ENTER this 17th day of March 2008.

_____
ALETA A. TRAUGER
U.S. District Judge