IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM L. JOHNSON and <br> JULIAN W. MOORE, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | Civil No. 3:07-0979 <br> Judge Trauger |
| v. | ) <br> ) | |
| THE METROPOLITAN GOVERNMENT OF <br> NASHVILLE AND DAVIDSON COUNTY, <br> TENNESSEE, *et al.*, | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

**O R D E R**

The plaintiffs' Motion to Enter Amended Complaint As Of The Date of Filing The Motion to Amend on February 5, 2008 (Docket No. 38), which is not opposed by defendant Metropolitan Government, is **GRANTED**. The Amended Complaint (Docket No. 33) will be deemed filed on February 5, 2008 for all purposes.

It is so **ORDERED**.

ENTER this 1st day of April 2008.

_____
ALETA A. TRAUGER
U.S. District Judge