IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM L. JOHNSON and JULIAN W. MOORE, | ) ) ) | |
| Plaintiff, | ) ) | Civil No. 3:07-0979 Judge Trauger |
| v. | ) ) | |
| THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

The Supplemental Motion to Dismiss filed by defendants Anderson, Pike and Bishop (Docket No. 36), which is not opposed by the plaintiffs (Docket No. 39), is **GRANTED**. It is hereby **ORDERED** that the claims asserted by these three defendants under Title VII in the Amended Complaint (Docket No. 33) are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

ENTER this 2nd day of April 2008.

_____
ALETA A. TRAUGER
U.S. District Judge