UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM L. JOHNSON AND<br>JULIAN W. MOORE, | )<br>)<br>) | |
|     Plaintiffs, | )<br>) | Case No. 3:07-0979<br>Judge Trauger |
| v. | )<br>) | |
| THE METROPOLITAN GOVERNMENT<br>OF NASHVILLE AND DAVIDSON COUNTY,<br>TENNESSEE, METROPOLITAN POLICE<br>DEPARTMENT, CHIEF RONAL W. SERPAS,<br>individually and in his official capacity as Chief<br>of Police, DEPUTY CHIEF STEVE<br>ANDERSON individually and in his official<br>capacity as Deputy Chief of Police, DEPUTY<br>CHIEF HONEY PIKE, individually and in her<br>official capacity as Deputy Chief of Police, AND<br>DEPUTY CHIEF JOSEPH BISHOP,<br>individually and in his official capacity as<br>Deputy Chief of Police | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
|     Defendants. | )<br>) | |

**Consolidated with:**

| | | |
|---|---|---|
| KEITH M. HOLLEY | )<br>) | |
|     Plaintiff, | )<br>) | Case No. 3:08-0031<br>Judge Trauger |
| v. | )<br>) | |
| THE METROPOLITAN GOVERNMENT<br>OF NASHVILLE AND DAVIDSON COUNTY,<br>TENNESSEE, *et al.*, | )<br>)<br>) | |
|     Defendants. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Dismiss (Docket No. 12) and Supplemental Motion to Dismiss (Docket No. 18) filed by defendants Deputy Chiefs Steve Anderson, Honey Pike, and Joseph Bishop in Case No. 3:07-0979 are **GRANTED**. All claims filed by plaintiffs Johnson and Moore against defendants Anderson, Pike, Bishop, and the Metropolitan Police Department in Case No. 3:07-0979 are **DISMISSED**.

It is so ordered.

Enter this 13th day of May 2008.

ALETA A. TRAUGER
United States District Judge