UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **WILLIAM L. JOHNSON,** *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | **Case No. 3:07-0979** |
| | ) | **Judge Trauger** |
| v. | ) | |
| | ) | **Magistrate Judge Bryant** |
| **METROPOLITAN GOVERNMENT** | ) | |
| **OF NASHVILLE AND DAVIDSON** | ) | |
| **COUNTY,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

---

| | | |
|---|---|---|
| **CONSOLIDATED WITH:** | | |
| **KEITH M. HOLLEY,** | ) | |
| | ) | |
| Plaintiff, | ) | **Case No. 3:08-0031** |
| v. | ) | **Judge Trauger** |
| | ) | |
| **METROPOLITAN GOVERNMENT OF** | ) | **Magistrate Judge Bryant** |
| **NASHVILLE AND DAVIDSON** | ) | |
| **COUNTY,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Dismiss (Docket No. 68) filed by the defendant, Metropolitan Government of Nashville and Davidson County, is **GRANTED**. The disparate impact claim filed by plaintiffs William Johnson and Julian Moore is **DISMISSED**.

It is so ordered.

Enter this 4th day of August 2008.

ALETA A. TRAUGER
United States District Judge