# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM L. JOHNSON, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:07-0979 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, *et al.*, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**Consolidated with:**

| | | |
|---|---|---|
| KEITH M. HOLLEY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:08-0031 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the orders of Magistrate Judge Bryant (Docket Nos. 129 and 130) granting Michael Allen's Motion to Quash (Docket No. 88) and granting *The Tennessean*'s Motion to Quash and for Protective Order are not contrary to law or clearly erroneous. Therefore, the court overrules the plaintiffs' objections to those orders, and the relief granted by Judge Bryant in those orders stands.

It is so ordered.

Enter this 2nd day of July 2009.

                                                      ALETA A. TRAUGER
                                                      United States District Judge