IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM L. JOHNSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:07-0979 |
| | ) | Judge Trauger |
| THE METROPOLITAN GOVERNMENT | ) | |
| OF NASHVILLE AND DAVIDSON | ) | CONSOLIDATED WITH: |
| COUNTY, TENNESSEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| KEITH M. HOLLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:08-0031 |
| | ) | Judge Trauger |
| THE METROPOLITAN GOVERNMENT | ) | |
| OF NASHVILLE AND DAVIDSON | ) | |
| COUNTY, TENNESSEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the court rules as follows:

(1) Plaintiffs' Motion For Default And/Or Presumption That Documents Not Maintained By Metro Would Have Bolstered The Plaintiffs' Case (Docket No. 178) is hereby DENIED;

(2) Defendant Ronal W. Serpas' Motion For Summary Judgment (Docket No. 171) is hereby GRANTED;

(3) Metropolitan Government's Motion For Summary Judgment (Docket No. 174) is hereby GRANTED; and

(4) This case is hereby DISMISSED WITH PREJUDICE.

(5) The Clerk is directed to enter judgment in a separate document in accordance with Federal Rule of Civil Procedure 58(a).

It is so Ordered.

Entered this 24th day of August 2010.

_____
ALETA A. TRAUGER
United States District Judge